UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-00041-FL-10

UNITED STATES OF AMERICA

v.

KEVISHA BROWN

**ORDER**

The Court having considered Defendant Kevisha Brown's motion requesting leave to file her sentencing materials under seal, and good cause having been shown, it is this 11th day of February, 2015 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing letter and its exhibit under seal.

_____
Louise W. Flanagan
United States District Judge