> **Motion DENIED.**
>
> This the 10th day of February, 2016.
>
> /s/Louise W. Flanagan, U.S. District Judge

7:14-CR-41-FL-10

FILED
JAN 22 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

January 19, 2016
#408135
Kevisha Brown
P.O. Box 535
Jessup, MD 20794

Honorable Louise W. Flanagan
United States District Judge
413 Middle Street
New Bern, NC 28560

Dear Judge Flanagan,

I am writing in regards to you modifying my sentence, or running my time concurrent with my current state sentence. If that isn't possible could you make MCIW in Jessup, MD my designated facility to do my time? I am participating in several cognitive groups and don't want to be uprooted. Also I have a total of 32 months to serve for the BOP. If a modification is possible please do so. Thank you,

Kevisha Brown
State ID: 408135
FBOP ID: 58545-056